[Cite as *State v. Hague*, 2015-Ohio-3645.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| - vs - | : | **CASE NO. 2015-A-0030** |
| CARLA R. HAGUE, | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Court of Common Pleas, Case No. 2013 CR 671.

Judgment: Appeal dismissed.

*Nicholas A. Iarocci,* Ashtabula County Prosecutor, Ashtabula County Courthouse, 25 West Jefferson Street, Jefferson, OH 44047-1092 (For Plaintiff-Appellee).

*William P. Bobulsky,* William P. Bobulsky Co., L.P.A., 1612 East Prospect Road, Ashtabula, OH 44004 (For Defendant-Appellant).

THOMAS R. WRIGHT, J.

{¶1} On June 18, 2015, appellant, by and through counsel, filed her notice of appeal from a May 20, 2015 judgment issued by the Ashtabula County Court of Common Pleas denying her motion for judicial release under R.C. 2929.20.

{¶2} Pursuant to Article IV, Section 3(B)(2), of the Ohio Constitution, appellate courts have jurisdiction to review, affirm, modify, or reverse judgments or final orders from

courts of record inferior to the court of appeals and from final orders or actions of administrative officers or agencies.

{¶3} In *State v. Coffman,* 91 Ohio St.3d 125, 126, 2001-Ohio-273, the Supreme Court of Ohio expressly held that "a trial court's denial of a motion for shock probation is never a final appealable order." In addition, appellate courts in Ohio that have addressed this issue after *Coffman* have held that the same logic is applicable to a denial of a motion for judicial release since it mirrors shock probation. *State v. Woods*, 141 Ohio App.3d 549, 550 (2001); *State v. Williams,* 10th Dist. Franklin No. 07AP-1035, 2008-Ohio-1906, at ¶9; *State v. Mayle,* 5th Dist. Morgan Nos. 07-CA-0006 and 07-CA-0007, 2008-Ohio-3761, at ¶13; *State v. Greene,* 2d Dist. Greene No. 02-CA-17, 2002-Ohio-2595, at ¶6.

{¶4} Therefore, this appeal is hereby dismissed for lack of a final appealable order.

{¶5} Appeal dismissed.


TIMOTHY P. CANNON, P.J.,

COLLEEN MARY O'TOOLE, J.,

concur.